UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HF SINCLAIR REFINING & MARKETING, LLC, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:23-CV-1798-X |
| NEXTERA ENERGY MARKETING, LLC, | § § § § | |
| *Defendant.* | § | |

**MEMORANDUM OPINION AND ORDER**

    The Court previously reserved the question of damages from its prior motion for summary judgment ruling and liability as to Gas Day 18. Now, the Court, having received supplemental briefing from the parties, determines that fact issues remain as to Gas Day 18 that need to be resolved at trial. Because the Court must hold a trial to resolve those issues, the Court cannot yet determine damages. Accordingly, as to the portions of the motions for summary judgment that the Court reserved, the Court now **DENIES** those portions of the motions for summary judgment. The Court **ORDERS** the parties to file a status report within seven days to propose at least three trial dates between now and the end of the calendar year. And the status report should estimate how many hours of testimony the parties anticipate will be needed to try the case.

1

**IT IS SO ORDERED** this 28th day of August, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE